1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA LAGUNA, an individual; and ROES 1-50 on behalf of themselves and in a representative capacity for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware Corporation; ALLIED CAPITAL CORPORATION, a Maryland Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:09-cv-02131-JM-RBB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT ALLIED CAPITAL CORPORATION'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

## ORDER

Pursuant to the joint motion filed by Plaintiff Sabrina Laguna ("Plaintiff") and Defendant Allied Capital Corporation ("Allied Capital"), and good cause appearing, it is hereby ORDERED that:

(1) If Plaintiff files a Motion to Remand (which Defendant Allied Capital will oppose), Defendant Allied Capital's time to answer or otherwise respond to the Second Amended Complaint ("SAC") will be due thirty (30) days from the date of the Court's order on Plaintiff's Motion to Remand; or

(2) If Plaintiff does not file a Motion to Remand, Defendant Allied Capital's time to answer or otherwise respond to the SAC will be due November 3, 2009, which is thirty-five (35) days from the date of Defendant Allied Capital's removal of the SAC to this Court.

**IT IS SO ORDERED.**

Dated: September 30, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge