MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>LAGUNA</u> v. <u>COVERALL NORTH AMERICA</u>    Case No. <u>09cv2131 JM(RBB)</u>
**Time Spent:** _

<u>HON. RUBEN B. BROOKS</u>    <u>CT. DEPUTY VICKY LEE</u>    <u>Rptr.</u>

<u>Attorneys</u>

<u>Plaintiffs</u>    <u>Defendants</u>

PROCEEDINGS:  ____ In Chambers  ____ In Court  ____ Telephonic

The early neutral evaluation conference on February 4, 2010, at 2:00 p.m. is vacated and reset for March 25, 2010, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>January 15, 2010</u>    IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge

cc: Judge Miller                  INITIALS: <u>VL (mq/irc)</u> Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\LAGUNA2131\Minute01.wpd