MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LAGUNA v. COVERALL NORTH AMERICA               Case No. 09cv2131 JM(RBB)
                                               **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                             Defendants

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

The early neutral evaluation conference on March 25, 2010, at 2:00 p.m. is vacated and reset for March 8, 2010, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: February 23, 2010     IT IS SO ORDERED:   *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Miller                          INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\LAGUNA2131\Minute02.wpd