UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA LAGUNA, an individual; and ROES 1-50 on behalf of themselves and in a representative capacity for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware Corporation; ALLIED CAPITAL CORPORATION, a Maryland Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.: 3:09-cv-02131-JM-RBB**<br><br>**ORDER GRANTING DEFENDANT ALLIED CAPITAL CORPORATION'S *EX PARTE* APPLICATION TO ALLOW ITS CORPORATE REPRESENTATIVES TO APPEAR TELEPHONICALLY AT THE APRIL 16, 2010 EARLY NEUTRAL EVALUATION CONFERENCE [DOC. NO. 19]** |

1  Having considered Defendant Allied Capital Corporation's *Ex Parte* Application to Allow Its Corporate Representatives to Appear Telephonically at the April 16, 2010 Early Neutral Evaluation Conference, and for good cause shown, the Court rules as follows:

    1.    Allied Capital's corporate representative, Executive Vice President and General Counsel, Ralph G. Blasey III and Allied Capital's insurance carrier's representative, David H. Topol, may appear at the Early Neutral Evaluation Conference by telephone.

**IT IS SO ORDERED.**

DATED: April 2, 2010

_____
THE HONORABLE RUBEN B. BROOKS

1.

ORDER GRANTING ALLIED CAPITAL'S EX PARTE APPLICATION
09-CV-02131-JM-RBB