1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA LAGUNA, an individual; CARLOS ACEVEDO, an individual; TERESA SALAS, an individual; and ROES 3-50 on behalf of themselves and in a representative capacity for all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware corporation; ALLIED CAPITAL CORPORATION, a Maryland corporation; ARES CAPITAL CORPORATION, a Maryland corporation; CNA HOLDING CORPORATION, a Delaware Corporation; TED ELLIOTT, an individual; DOES 5-50 inclusive,<br><br>        Defendants. | CASE NO.  3:09-CV-02131-JM (BGS)<br><br>**ORDER GRANTING DEFENDANT TED ELLIOTT'S *EX PARTE* APPLICATION FOR ORDER GRANTING 21-DAY EXTENSION OF TIME TO FILE ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Doc. No. 86<br><br>Complaint Filed:  August 3, 2008<br>Discovery Cut-Off:  February 1, 2011<br>Trial Date:  September 26, 2011 |

//
//
//
//
//
//
//

1    The *Ex Parte* Application for Order Granting 21-Day Extension of Time for Defendant Ted Elliott to File Answer, Plead, or Otherwise Respond to Plaintiffs' Third Amended Complaint ("Application") was submitted on November 29, 2010.  Having considered all of the evidence before it in support of the Application and all of the pleadings and papers filed herein, and good cause appearing, the court hereby GRANTS the Application. Defendant Ted Elliott's response to Plaintiffs' Third Amended Complaint shall be filed on or before December 20, 2010.

**IT IS SO ORDERED.**

Dated:  December 10, 2010

_____
Hon. Jeffrey T. Miller
Judge of the United States District Court

-1-

EAST\43900684.1