1  **DLA PIPER LLP (US)**
   JEFFREY A. ROSENFELD (Bar No. 136896)
2  NANCY NGUYEN SIMS (Bar No. 215869)
   1999 Avenue of the Stars, Suite 400
3  Los Angeles, CA 90067-6023
   Tel: 310.595.3000
4  Fax: 310.595.3300

5  Attorneys for Defendants
   COVERALL NORTH AMERICA, INC., CNA
6  HOLDING CORPORATION and TED ELLIOTT

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SABRINA LAGUNA, an individual;                        | CASE NO. 3:09-CV-02131-JM (BGS)
   | CARLOS ACEVEDO, an individual;                        |
12 | TERESA SALAS, an individual; and                      | *(Assigned to Hon. Jeffrey T. Miller and*
   | ROES 3-50 on behalf of themselves and in              | *Hon. Bernard G. Skomal)*
13 | a representative capacity for all others              |
   | similarly situated,                                   | **DEFENDANT TED ELLIOTT'S NOTICE
14 |                                                       | OF MOTION TO DISMISS PLAINTIFFS'
   |                Plaintiffs,                            | THIRD AMENDED COMPLAINT**
15 |                                                       |
   |        v.                                             | *[Filed Concurrently with Memorandum of
16 |                                                       | Points and Authorities In Support of Motion to
   | COVERALL NORTH AMERICA, INC.,                         | Dismiss; Declaration of Ted Elliott]*
17 | a Delaware corporation; ALLIED                        |
   | CAPITAL CORPORATION, a Maryland                       |
18 | corporation; ARES CAPITAL                             | Hearing:
   | CORPORATION, a Maryland corporation;                  |
19 | CNA HOLDING CORPORATION, a                            | Date: January 21, 2011
   | Delaware Corporation; TED ELLIOT, an                  | Time: 1:30 p.m.
20 | individual; DOES 5-50 inclusive,                      | Dept.: 16
   |                                                       |
21 |                Defendants.                            | Complaint Filed:    August 3, 2008
   |                                                       | Discovery Cut-Off:  February 1, 2011
22 |                                                       | Trial Date:         September 26, 2011

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 21, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 16 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101, Defendant Ted Elliott will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2) and 12(b)(6), to dismiss all causes of action contained in the Third Amended Complaint of Plaintiffs Sabrina Laguna, Teresa Salas and Carlos Acevedo (collectively, "Plaintiffs"). Mr. Elliott brings this Motion on the following grounds:

(1) This Court lacks personal jurisdiction over Mr. Elliott;

(2) Plaintiffs fail to allege any wrongful conduct attributable to Mr. Elliott with specificity;

(3) Plaintiffs fail to state a claim for which relief can be granted on any of their misleading advertising claim;

(4) Plaintiffs fail to allege all fraud-based claims with particularity; and

(5) Plaintiffs fail to allege their joint employer and alter ego theories with specificity.

Mr. Elliott's Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Ted Elliott, and all pleadings and papers on file with the Court in this action, and upon such oral and written evidence as may be presented at the hearing of this Motion.

Dated: December 20, 2010    DLA PIPER LLP (US)

By /s/ Nancy Nguyen Sims
JEFFREY A. ROSENFELD
NANCY NGUYEN SIMS
Attorneys for Defendants
COVERALL NORTH AMERICA, INC., CNA HOLDING CORPORATION and TED ELLIOTT

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper LLP (US), 1999 Avenue of the Stars, Suite 400, Los Angeles, California 90067-6023.

On December 20, 2010, I electronically filed the foregoing document:

**DEFENDANT TED ELLIOTT'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

☒     **E-FILING:**
By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

| | |
|---|---|
| L. Tracee Lorens, Esq.<br>Wayne A. Hughes, Esq.<br>Lynn M. Beekman, Esq.<br>LORENS & ASSOCIATES<br>701 B Street, Suite 1400<br>San Diego, CA 92101<br>Fax: 619-239-1178<br>trace@lorenslaw.com | *Attorneys for Plaintiffs* |
| Raul Cadena, Esq.<br>CADENA CHURCHILL<br>701 B Street, Suite 1400<br>San Diego, CA 92101<br>Fax: 619-923-3208<br>rcadena@cadenachurchill.com | *Attorney for Plaintiffs* |
| Mazda Antia, Esq.<br>COOLEY GODWARD KRONISH LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Fax: 858-550-6420<br>mantia@cooley.com<br>bchapman@cooley.com | *Attorneys for Allied Capital Corporation and Ares Capital* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on December 20, 2010, at Los Angeles, California.

/s/ Patti Lavine
Patti Lavine

DLA PIPER LLP (US)
LOS ANGELES

WEST\22080032.1

PROOF OF SERVICE     3:09-cv-02131-JM (BGS)