FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SABRINA LAGUNA, an individual; CARLOS ACEVEDO, an individual; TERESA SALAS, an individual; ROES 3-50, on behalf of themselves and in a representative capacity for all others similarly situated,<br><br>        Plaintiffs - Appellees,<br><br>AMRIT SINGH,<br><br>        Objector - Appellant,<br><br> v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware corporation; ALLIED CAPITAL CORPORATION, a Maryland corporation; ARES CAPITAL CORPORATION, a Maryland corporation; CNA HOLDING CORPORATION, a Delaware corporation; TED ELLIOTT, an individual; DOES, 5-50, inclusive,<br><br>        Defendants - Appellees. | No. 12-55479<br><br>D.C. No. 3:09-cv-02131-JM-BGS Southern District of California, San Diego<br><br><br>ORDER |

Before: GOULD and BYBEE, Circuit Judges, and CHEN, District Judge.[*]

---

     [*]    The Honorable Edward M. Chen, District Judge for the U.S. District Court for the Northern District of California, sitting by designation.

Plaintiffs-Appellees and Defendants-Appellees are ordered to file responses to Objector-Appellant's Petition for Rehearing En Banc. The responses must be filed no later than twenty-one (21) days from the date of this order.